1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| 11  TRACY THOMAS, ) | **Case No. EDCV 12-1735 PA (AJW)** |
| 12           **Plaintiffs,** ) | |
| 13       v.          ) | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |
| 14  T. WEBBER, et al., ) | |
| 15           **Defendants.** ) | |

16

17          Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and

18   Recommendation of Magistrate Judge ("Report") and the objections thereto.  Good cause

19   appearing, the Court accepts the findings and recommendations contained in the Report

20   after having made a de novo determination of the portions to which objections were directed.

21

22          **IT IS SO ORDERED**.

23

24   DATED: December 12, 2014

25
                                              _____
26                                            PERCY ANDERSON
                                              United States District Judge
27

28