UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| TRACY THOMAS,<br><br>          Plaintiff,<br><br>    v.<br><br>T. WEBBER, et al.,<br><br>          Defendants. | Case No. EDCV 12-1735 PA (AJW)<br><br>J U D G E M E N T |

**IT IS ADJUDGED** that this action is dismissed with prejudice.

Dated: December 12, 2014

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE